**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Timothy Young, Appellant.

Appellate Case No. 2011-194348

———————————

Appeal From Horry County
Benjamin H. Culbertson, Circuit Court Judge

———————————

Unpublished Opinion No. 2013-UP-236
Submitted April 1, 2013 – Filed June 5, 2013

———————————

**AFFIRMED**

———————————

Laura L. Hiller, of Hiller & Hiller, PA, and Jonathan
Micah Hiller, of Hiller & Hiller, PA, both of Myrtle
Beach, for Appellant.

Attorney General Alan McCrory Wilson and Assistant
Attorney General Julie Kate Keeney, both of Columbia,
for Respondent.

———————————

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following
authorities: *State v. Dunbar*, 356 S.C. 138, 142, 587 S.E.2d 691, 693 (2003) ("In

order for an issue to be preserved for appellate review, it must have been raised to *and ruled upon by the trial* [*court*]." (emphasis added)); *In re Care & Treatment of Corley*, 365 S.C. 252, 258, 616 S.E.2d 441, 444 (Ct. App. 2005) ("Constitutional issues, like most others, must be raised to and ruled on by the trial court to be preserved for appeal.").

**AFFIRMED.**[1]

**SHORT, THOMAS, and PIEPER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.